# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Field Aerospace, Inc., et al. *Plaintiff* <br> v. <br> The Boeing Company *Defendant* | ) ) ) ) ) Civil Action No. 1:17-cv-379 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the motion to dismiss for lack of personal jurisdiction (Doc. 5) is GRANTED. This case is TERMINATED in this Court. As the state court unknowingly did not have jurisdiction to issue the TRO (Doc. 12), it is dissolved as a matter of law.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Timothy S. Black on a motion to dismiss for lack of personal jurisdiction.

Date: 6/22/17

CLERK OF COURT

*Gail A. Seibert*

Signature of Clerk or Deputy Clerk